UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RHINE,<br><br>                  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>GINA PEREZ,<br><br>                  Defendants. | CASE NO. 2:21-cv-00876-RAJ-BAT<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES OF AMERICA** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 12) is **GRANTED**; Plaintiff Daniel Rhine's claims against the United States of America are dismissed **with prejudice**, without leave to amend.

ORDER DISMISSING PLAINTIFF'S CLAIMS
AGAINST THE UNITED STATES OF
AMERICA - 1

3. Because issues raised in subsequent pleadings have either been addressed or do not change the Court's analysis, all pending motions, including Plaintiff's motion to dismiss, Dkt. 30, are denied as moot.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of January, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S CLAIMS
AGAINST THE UNITED STATES OF
AMERICA - 2