UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RHINE,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, GINA PEREZ,<br><br>      Defendants. | CASE NO. 2:21-cv-00876-RAJ-BAT<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT GINA PEREZ** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

 1. The Report and Recommendation is **ADOPTED**;

 2. Defendant Gina Perez's Motion to Dismiss (Dkt. 11) is **GRANTED**; Plaintiff's claims against Gina Perez are dismissed **with prejudice**, without leave to amend.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida, and to close the case.

DATED this 20th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge